UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALAN V. WASHBURN,<br><br>　　Plaintiff,<br><br>　　v.<br><br>MICHAEL LAVOIE,<br>CHRISTIAN WOOD,<br>ROBERT BERCIK, and<br>EDMUND DONNELLY,<br><br>　　Defendants. | Civil Action No. 03-869 (RJL/JMF)<br><br>ECF |

**ORDER**

Upon joint oral representation to my law clerk that the parties have a dispute regarding discovery and it appearing that a conference call would not resolve this matter, this Court[1] issues the following order. It is, hereby,

**ORDERED** that the parties shall comply will the following directives:

1) The defendants shall secure from an official from Georgetown University who has knowledge of the university's email system an affidavit indicating whether the email accounts of the four defendants are still in existence and, if not, whether it is possible to retrieve from the server emails that were sent between and among the defendants. The defendants shall file this affidavit with the court by 1/26/04.

---

[1] The parties have consented to a referral of this case to a Magistrate Judge for discovery and entrance of a scheduling order.

1

2) With regard to the hard copies of emails sent between and among the four defendants that are in the defendants' possession, defendants shall submit these documents to chambers for my *in camera* review by 1/26/04.  When I receive them, I will review the documents and consider whether they are relevant to the pending lawsuit and whether any claim of privilege applies.  At that point, I may also ask for briefs on these issues.

3) Defendants shall amend their responses to plaintiff's discovery requests in which they referenced discovery produced in other litigation.  Defendants shall provide plaintiff with the specific page and line numbers of each deposition that contains the responsive information.

4)  All discovery shall be completed by 2/27/04.

5)  Any dispositive motions or cross-motions are to be filed by 3/19/04, oppositions to said motions or cross-motions are to be filed by 4/2/04, and any replies are to be filed by 4/9/04.

**SO ORDERED.**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: