IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JAN 2 7 2004

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| ALAN V. WASHBURN,<br>    Plaintiff (pro se),<br><br>v.<br><br>MICHAEL LAVOIE, CHRISTIAN WOOD,<br>ROBERT BERCIK, and EDMUND<br>DONNELLY,<br><br>    Defendants. | Case Number 1:03CV00869<br><br>Judge Richard J. Leon |

**PROPOSED ORDER BIFURCATING THE ISSUES OF DAMAGES AND LIABILITY**

Upon consideration of defendants' Motion to Bifurcate, it is hereby

ORDERED, that

(1) The issue of damages is bifurcated from liability;

(2) Discovery on the issues of damages is stayed.

Dated: 1/27/04

By: _____
Judge Richard J. Leon

1643109 v1; Z7TX01!.DOC